U.S. BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

In re:

                                                                         CASE NO. 14-27888-JKO

L. ALEXANDRIA DORSANEO                     CHAPTER 7

Debtor.

_____/

## AGREED MOTION TO VOLUNTARILY DISMISS CHAPTER 7 CASE

     COMES NOW, the Debtor, ALEXANDRIA DORSANEO, hereinafter referred to as ("Debtor"), pursuant to the Fed.R.Bank.P. 1017 and the Local Rules of this Court and agreement with the Trustee and files this Motion to Dismiss her Chapter 7 case, alleging as follows:

1. The instant matter is a Chapter 7 case which was filed on August 7, 2014 [ECF 1].

2. The §341 Meeting of Creditors was held and concluded on September 3, 2014 [ECF 16] and the case was identified as an Asset Chapter 7 [ECF 28]. Subsequent to the Meeting of Creditors, the Trustee has engaged counsel [ECF 22] and has made several specific informational requests of the Debtor. A Notice of Taking Rule 2004 Examination has been served in this matter [ECF 34] and said examination is currently scheduled for January 22, 2015.

3. To date, no creditor or other interested party has filed a Notice of Appearance in this action.

4. The deadline to object to Debtor's Discharge was November 3, 2014. [ECF 2]. That date has passed and no creditor or third party (other than the Trustee) has filed an objection or motion to enlarge the time within which to file an objection.

5. To avoid additional costs to the Estate which would lessen the benefit of any recovery to creditors, the Debtor and the Trustee have agreed as follows:

   a. Debtor shall pay the sum of $2,750.00 to Trustee representing payment of reduced reasonable attorney's fees incurred by the Trustee in this case (said sum has been paid to the Trustee contemporaneous with the filing of this Motion). Trustee shall be entitled to retain the sum of $2,750.00 as liquidated attorney's fees;

   b. Debtor shall voluntarily dismiss her case;

   c. Debtor shall be shall be barred from filing a Petition of Bankruptcy relief under any chapter for a period of one (1) year from the date of an Order Granting this Motion.

6. Undersigned counsel represents that he has obtained both the Trustee and Trustee's counsel's agreement to the relief sought in this Motion. The Trustee and Trustee's counsel waive the right to file an Objection to the Voluntary Dismissal under 11 U.S.C. § 707 and forego their right to request a hearing on this matter.

7. The Debtor is fully aware of the terms of her agreement with the Trustee and the effect of the Granting of this Motion.

WHEREFORE, DEBTOR ALEXANDRIA DORSENEO, by and through undersigned counsel, hereby respectfully requests the Court issue and Order Dismissing this case under the terms delineated above with a one year prejudice period from the date of dismissal, and to grant any such further relief the Court deems just and proper.

I FURTHER CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

**//:s:// Christian S. Diaz**
Christian S. Diaz, Esq.
**The Law Offices of Diaz & Associates, P.A.**
9370 S.W. 72nd Street, A110
Miami, Fl 33173
Telephone: (305) 598-1800
Facsimile: (305) 487-8745
cdiaz@diazlawnow.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been served via CM/ECF to all interested parties on the attached mailing list and to the Debtor on January 13, 2015.

**//:s:// Christian S. Diaz**
Christian S. Diaz, Esq.